**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**JOSHUA RODNEY AVERY**                                                      **PLAINTIFF**

**v.**                         **No. 3:25-cv-176-SA-RP**

**DISCIPLINARY HEARING OFFICE, et al.**              **DEFENDANTS**

**ORDER OF DISMISSAL**

The Court takes up, *sua sponte*, the dismissal of this cause. On June 17, 2025, the Court entered Orders requiring the plaintiff to submit a completed *in forma pauperis* application and converting the case to a habeas petition pursuant to 28 U.S.C. §2241. *See* [3] and [4]. The Court cautioned the plaintiff that failure to comply with the Orders could result in the dismissal of this case *without prejudice*. Despite this warning, the plaintiff has failed to comply with the Court's Orders, and the deadline for compliance has long passed.

This case is therefore **DISMISSED** *without prejudice* for failure to prosecute and for failure to comply with an order of the Court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 9th day of December, 2025.

                                                  /s/ Sharion Aycock
                                                  SENIOR UNITED STATES DISTRICT JUDGE